IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| OSCAR GIST, | ) | Civil Action No. 7:15-cv-3522-GRA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND NOTICE OF** |
| | ) | **CASE PROCEEDING TO** |
| ONE MAIN FINANCIAL, INC., | ) | **ARBITRATION AND OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Arbitration Act, Plaintiff Oscar Gist ("Plaintiff") and Defendant One Main Financial, Inc. ("Defendant") (collectively referred to herein as "the Parties") hereby stipulate and agree to the following:

1. The Parties consent to the above-captioned matter being compelled to arbitration pursuant to the terms of the May 20, 2015 Arbitration Agreement ("Arbitration Agreement").

2. Within sixty (60) days of the date of the filing of this Stipulation, the Parties will proceed with arbitration pursuant to the Arbitration Agreement and the rules of the selected forum.

3. Pursuant to Rule 41, FRCP, Plaintiff hereby notifies the Court that he dismisses this action. Defendant has not answered.

[*Signature page attached*]

OSCAR GIST

By: /s/ Benjamin R. Matthews
Benjamin R. Matthews
Federal Bar No. 3332
Law Solutions Chicago LLC
3406 West Avenue
Columbia, SC  29203
Phone: (803) 799-1700
Fax: (803) 254-3678
benrusmat@gmail.com

Attorneys for Oscar Gist

Columbia, South Carolina
October 20, 2015

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ William S. Brown
William S. Brown
Federal Bar No. 5929
E-Mail: william.brown@nelsonmullins.com
Sarah R. Anderson
Federal Bar No. 11405
E-Mail: sarah.anderson@nelsonmullins.com
Poinsett Plaza, Suite 900
104 South Main Street
Greenville, SC 29601
(864) 250-2300

Attorneys for OneMain Financial, Inc.

Greenville, South Carolina
October 20, 2015

2